**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LARRY LEWIS (#76756)**                                                  **PETITIONER**

**v.**                                                        **No. 3:19CV120-MPM-DAS**

**STATE OF MISSISSIPPI, ET AL.**                                    **RESPONDENTS**

**FINAL JUDGMENT**

    In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is **DENIED**.

    **SO ORDERED**, this, the 17th day of May, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**