# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LARRY LEWIS (#76756)**  PETITIONER

v.  No. 3:19CV120-MPM-DAS

**STATE OF MISSISSIPPI, ET AL.**  RESPONDENTS

## ORDER DENYING PETITIONER'S MOTION [16]
## FOR A CERTIFICATE OF APPEALABILITY

This matter comes before the court on the motion [16] by the petitioner for a Certificate of Appealability. As the court has previously found that a Certificate of Appealability is not warranted in this case, the instant motion is **DENIED**.

**SO ORDERED**, this, the 22nd day of June, 2021.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI